United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-12631-jkf
Kim T. Wilson                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP                Page 1 of 2              Date Rcvd: Aug 16, 2016
                               Form ID: 138NEW            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
```
db         +Kim T. Wilson,    1434 North Edgewood Street,    Philadelphia, PA 19151-4222
cr         +JPMorgan Chase Bank NA,    3415 Vision Drive,    OH-7133,    Columbus, OH 43219-6009
12343702   +Bankers Trust CO of California NA,    909 Hidden Ridge Drive,    Suite 200,
             Irving, TX 75038-3817
12343704    Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
12343705    Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
12343707    City of Philadelphia/Water Revenue,    Dapartment of Revenue,    P.O. Box 41496,
             Philadelphia, PA 19101-1496
12343709   +EMC Mortgage,    PO BOX 15298,    Wilmington, DE 19850-5298
12351855   +EMC Mortgage Corporation,    c/o Ann E. Swartz, Esquire,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
12787281   +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
12566213   +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4-7119,    3415 Vision Drive,
             Columbus, OH 43219-6009
12850025   +Michael D. Sayles, Esq.,    427 W Cheltenham Avenue,    Elkins Park, PA 19027-3291
12343711   #Nationwide Recovery Systems,    P.O. Box 702257,    Dallas, TX 75370-2257
12343715   +PGW,    800 West Montgomery Avenue,    Philadelphia, PA 19122-2806
12343713   +Peco,    P.O. Box 13437,    Philadelphia, PA 19101-3437
12343716   +Pierce College,    1420 Pine Street,    Philadelphia, PA 19102-4699
12343717    Presbyterian Hospital-UPHS,    PO Box 757085,    Philadelphia, PA 19175-7085
12343718    Security Credit Systems, Inc.,    PO Box 846,    Buffalo, NY 14240-0846
12787282   +U.S. Bank NA, as Trustee et al,    JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,
             Columbus, OH 43219-6009
12343720    Water Revenue Bureau,    Phyllis Chase, Collections Manager,    Municipal Services Building,
             1401 JFK Blvd.,    Philadelphia, PA 19102-1663
12472946    eCAST Settlement Corporation, assignee,    of Citibank USA, N.A.,    POB 35480,
             Newark, NJ 07193-5480
12425074    eCAST Settlement Corporation, assignee,    of Providian National Bank,    POB 35480,
             Newark, NJ 07193-5480
12472945    eCAST Settlement Corporation, assignee,    of Sears Roebuck & Co.,    POB 35480,
             Newark, NJ 07193-5480
12343708    eCast Settlement Corp.,    PO Box 35480,    Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 17 2016 02:16:20     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2016 02:15:13
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2016 02:16:05     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12343700     E-mail/Text: g20956@att.com Aug 17 2016 02:16:50     AT&T Mobility,    PO Box 537104,
             Atlanta, GA 30353-7104
12343701     E-mail/Text: g20956@att.com Aug 17 2016 02:16:50     AT&T Mobility,    PO Box 537113,
             Atlanta, GA 30353-7113
12343699     E-mail/Text: legal@arsnational.com Aug 17 2016 02:14:57     Associated Recovery Systems,
             P.O. Box 469046,    Escondido, CA 92046-9046
12479582     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:12:41      B-Line, LLC,
             MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12345628     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:11:34      B-Real, LLC,
             MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12343703     E-mail/Text: bnc@bass-associates.com Aug 17 2016 02:14:35     Bass & Associates,    Suite 200,
             3936 East Fort Lowell Road,    Tucson, AZ 85712-1083
12386355    +E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:15:53     CANDICA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12485131     E-mail/Text: bankruptcy@phila.gov Aug 17 2016 02:16:20     City of Philadelphia,
             SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
             1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12343706     E-mail/Text: apotter@philapark.org Aug 17 2016 02:16:57     City of Philadelphia,
             Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
12633195    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:11:34
             East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
             Greenville, SC 29602-0288
12343710    +E-mail/Text: vivian@interstatecredit.net Aug 17 2016 02:16:03
             Interstate Credit & Collections,    21 West Fornance Street,    Norristown, PA 19401-3300
12343712    +E-mail/Text: bankruptcygroup@peco-energy.com Aug 17 2016 02:14:56      PECO,
             2301 Market Street,    Philadelphia, PA 19103-1380
12458359    +E-mail/Text: bankruptcygroup@peco-energy.com Aug 17 2016 02:14:56      PECO Energy Company,
             c/o Merrick L. Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
12518469     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 02:28:24
             Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
```

```
District/off: 0313-2          User: PaulP                 Page 2 of 2                  Date Rcvd: Aug 16, 2016
                              Form ID: 138NEW             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12442752         E-mail/Text: ebn@vativrecovery.com Aug 17 2016 02:14:55      Palisades Acquisition IX, LLC,
                  Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX, L,
                  P.O. Box 40728,    Houston, TX 77240-0728
12343719         E-mail/Text: bankruptcy@sw-credit.com Aug 17 2016 02:15:44      Southwest,
                  4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
12967074        +E-mail/Text: bncmail@w-legal.com Aug 17 2016 02:16:04      Vanda, LLC,
                  c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12343714*      +Peco,   2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank NA agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank NA ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    EMC Mortgage Corporation ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank NA bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Kim T. Wilson midusa1@comcast.net,
               MichaelDSaylesEsq@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kim T. Wilson

    Debtor(s)

Bankruptcy No: 11−12631−jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/16/16