United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 11-12631-jkf
Kim T. Wilson   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: DonnaR   Page 1 of 1   Date Rcvd: Sep 01, 2016
                    Form ID: 212   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.
db         +Kim T. Wilson,   1434 North Edgewood Street,   Philadelphia, PA 19151-4222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:
      ANDREW F GORNALL   on behalf of Creditor    U.S. Bank NA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      ANN E. SWARTZ    on behalf of Creditor    U.S. Bank NA ecfmail@mwc-law.com, ecfmail@mwc-law.com
      ANN E. SWARTZ    on behalf of Creditor    EMC Mortgage Corporation ecfmail@mwc-law.com, ecfmail@mwc-law.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank NA bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MICHAEL D. SAYLES    on behalf of Debtor Kim T. Wilson midusa1@comcast.net, MichaelDSaylesEsq@comcast.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:    Chapter: 13

    Kim T. Wilson

Debtor(s)    Case No: 11–12631–jkf

___

*ORDER*

AND NOW, 9/1/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Jean K. FitzSimon

Judge ,United States Bankruptcy Court