Certificate Number: 15111-PAE-DE-028121794

Bankruptcy Case Number: 11-12631



15111-PAE-DE-028121794

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 27, 2016</u>, at <u>12:04</u> o'clock <u>AM EDT</u>, <u>Kim Teresa Tolliver</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 27, 2016</u>         By:  <u>/s/Tiffany Windish for Ryan McDonough</u>

                                       Name:  <u>Ryan McDonough</u>

                                       Title:  <u>Executive Director of Education</u>

Fill in this information to identify the case:

Debtor 1    __Kim_____    __Teresa_____    __Tolliver_____
            First Name         Middle Name         Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Philadelphia Eastern__    District of __Pennsylvania__
                                                                                 (State)

Case number  __11-12631_____
(If known)

# Official Form 423
## Certification About a Financial Management Course                    12/15

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1:    Tell the Court About the Required Course

You must check one:

☒ **I completed an approved course in personal financial management:**

    Date I took the course    __09/27/2016__
                                        MM / DD / YYYY

    Name of approved provider    __BE Adviser, LLC__

    Certificate number    __15111-PAE-DE-028121794__

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

    ☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**    My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**    I am currently on active military duty in a military combat zone.

    ☐ **Residence.**    I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:    Sign Here

I certify that the information I have provided is true and correct.

__/s/ Kim T. Tolliver_____    __Kim T. Tolliver_____    Date __09/27/2016__
Signature of debtor named on certificate    Printed name of debtor              MM / DD / YYYY

Official Form 423                Certification About a Financial Management Course