United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-12631-jkf
Kim T. Wilson                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP              Page 1 of 1              Date Rcvd: Sep 30, 2016
                               Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2016.
db              +Kim T. Wilson,   1434 North Edgewood Street,   Philadelphia, PA 19151-4222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    U.S. Bank NA agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      ANN E. SWARTZ    on behalf of Creditor    U.S. Bank NA ecfmail@mwc-law.com,   ecfmail@mwc-law.com
      ANN E. SWARTZ    on behalf of Creditor    EMC Mortgage Corporation ecfmail@mwc-law.com,
       ecfmail@mwc-law.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank NA bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      MICHAEL D. SAYLES    on behalf of Debtor Kim T. Wilson midusa1@comcast.net,
       MichaelDSaylesEsq@comcast.net
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                               TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Kim T. Wilson  : Case No. 11–12631–jkf

     Debtor(s)

***ORDER***
_____

AND NOW, this day , September 30, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

          By The Court

          Jean K. FitzSimon
          Judge , United States Bankruptcy Court

114
Form 195